IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MONICA SULLIVAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>YES ENERGY MANAGEMENT, INC., and YARDI SYSTEMS, INC.,<br><br>    Defendants. | Civil Action No. 8:22-cv-00418-TDC |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Monica Sullivan ("Representative Plaintiff"), acting individually and on behalf of a Settlement Class of similarly situated persons, respectfully moves for final Court approval of the class-wide settlement which the Court preliminarily approved in this case pursuant to Fed. R. Civ. P. 23(e)(1) on March 20, 2024. *See* ECF No. 58, Preliminary Approval Order. The Preliminary Approval Order granted preliminary certification of a settlement class defined as follows:

> All Maryland residents who paid an Administration Fee from (and including) October 4, 2018 through and including the date of Preliminary Approval.

*Id.* ¶ 3. Excluded from the Settlement Class are all employees, officers and directors of Yardi, YES Energy and their parent or subsidiary companies and predecessors and successors, and all employees of the Court. *Id.* ¶ 4.

Now, pursuant to Fed. R. Civ. P. 23(e)(2) and in advance of the final fairness hearing scheduled for 9:30 a.m. on September 11, 2024, Representative Plaintiff submits this motion in support of final approval of the Settlement Agreement (ECF No. 51-1), as the proposed

1

settlement is fair, adequate and reasonable to Settlement Class members, and as the class certification requirements of Fed. R. Civ. P. 23 are satisfied. Further grounds and authorities for this motion are in the accompanying memorandum of law and exhibits, which are incorporated.

WHEREFORE, Representative Plaintiff respectfully requests that the Court grant final approval to the Settlement Agreement and enter the attached, comprehensive proposed Final Order Approving Settlement and Certifying Settlement Class.[1]

Respectfully submitted,

/s/ Benjamin H. Carney
Benjamin H. Carney (Fed. Bar No. 27984)
Richard S. Gordon (Fed. Bar No. 06882)
Gordon, Wolf & Carney, Chtd.
11350 McCormick Rd.
Executive Plaza 1, Suite 1000
Hunt Valley, Maryland 21031
Tel. (410) 825-2300
Fax. (410) 825-0066
bcarney@GWCfirm.com
rgordon@GWCfirm.com

**Attorneys for Representative Plaintiff and the Settlement Class**

---

[1] The proposed Final Order Approving Settlement and Certifying Settlement Class is comprehensive, and resolves all motions filed today: this Motion, the Motion for Incentive Award, the Motion for *Cy Pres* Award, and the Motion for Award of Attorney' Fees and Expenses to Class Counsel. The same proposed Final Order will be filed with each of these motions, pursuant to the requirement that a proposed Order be submitted with every motion.