UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MONICA SULLIVAN,
*on her own behalf and on behalf of all others similarly situated,*

    Plaintiff,

v.

YES ENERGY MANAGEMENT, INC. and YARDI SYSTEMS, INC.,

    Defendants.

Civil Action No. TDC-22-0418

**ORDER**

For the reasons stated at the hearing on January 31, 2025 and in the accompanying Order Approving the Class Action Settlement, it is hereby ORDERED that:

1. The Motion for Final Approval of Class Action Settlement, ECF No. 60, is GRANTED.

2. The Motion for Award of Attorney's Fees and Expenses to Class Counsel, ECF No. 61, is GRANTED.

3. The Motion for Approval of an Incentive Award to the Representative Plaintiff, ECF No. 62, is GRANTED.

4. The Motion for Approval of a *Cy Pres* Award, ECF No. 63, is GRANTED.

5. The Clerk is directed to close this case.

Date: January 31, 2025

THEODORE D. CHUANG
United States District Judge